**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12270 (GBD)(SN)
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12272 (GBD)(SN)
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12273 (GBD)(SN)
*Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12274 (GBD)(SN)
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12275 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or is the Personal Representative for a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

Dated: August 14, 2023

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
          bstrong@andersonkill.com
          agreene@andersonkill.com

docs-100409741.1

**EXHIBIT A to Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 1, being intended to designate the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn | 1:18-cv-12270 (GBD) (SN) | Debra Ahearn, as the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn | NY | (Lt.) Brian G. Ahearn |

| 2. | John Doe 2, being intended to designate the Personal Representative of the Estate of (Spc.) Craig Amundson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc.) Craig Amundson | 1:18-cv-12270 (GBD)(SN) | Amber A. Amundson, as the Personal Representative of the Estate of (Spc.) Craig Amundson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc.) Craig Amundson | NM | (Spc.) Craig Amundson |
|---|---|---|---|---|---|
| 3. | John Doe 3, being intended to designate the Personal Representative of the Estate of Arlene T. Babakitis, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of | 1:18-cv-12270 (GBD)(SN) | James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis | NJ | Arlene T. Babakitis |

4

| | | | | | |
|---|---|---|---|---|---|
| | Arlene T. Babakitis | | | | |
| 4. | John Doe 10, being intended to designate the Personal Representative of the Estate of Helen Cook, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook | 1:18-cv-12270 (GBD)(SN) | Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook | MD | Helen Cook |

docs-100409741.1

| 5. | John Doe 12, being intended to designate the Personal Representative of the Estate of Tara Debek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek | 1:18-cv-12270 (GBD)(SN) | Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek | NY | Tara Debek |
| 6. | John Doe 13 as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini | 1:18-cv-12270 (GBD)(SN) | Alfred DeMartini, as the Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini | NY | Alberta DeMartini |

| 7. | John Doe 14 as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini | 1:18-cv-12270 (GBD)(SN) | Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini | NJ | Alfred DeMartini |
|---|---|---|---|---|---|
| 8. | John Doe 20, being intended to designate the Personal Representative of the Estate of Michelle H. Goldstein, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein | 1:18-cv-12272 (GBD)(SN) | Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein | NJ | Michelle H. Goldstein |
| 9. | John Doe 27, being intended to designate the Personal Representative of the Estate of Ronald J. Hemenway, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has | 1:18-cv-12272 (GBD)(SN) | Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway | KS | Ronald J. Hemenway |

docs-100409741.1

| | | | | | |
|---|---|---|---|---|---|
| | ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway | | | | |
| 10. | John Doe 28, being intended to designate the Personal Representative of the Estate of DaJuan Hodges, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges | 1:18-cv-12272 (GBD)(SN) | Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges | NJ | DaJuan Hodges |
| 11. | John Doe 34, being intended to designate the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, | 1:18-cv-12273 (GBD)(SN) | Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Philip Kloepfer | NY | Ronald Philip Kloepfer |

| | | | | |
|---|---|---|---|---|
| | and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Philip Kloepfer | | | |
| 12. | John Doe 36, being intended to designate the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee | 1:18-cv-12273 (GBD)(SN) | Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee | FL | Kenneth Charles Ledee |
| 13. | John Doe 37, being intended to designate the Personal Representative of the Estate of Nancy Liz, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her | 1:18-cv-12273 (GBD)(SN) | Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz | FL | Nancy Liz |

9

| | | | | |
|---|---|---|---|---|
| | appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz | | | | |
| 14. | John Doe 38, being intended to designate the Personal Representative of the Estate of Louis N. Mariani, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani | 1:18-cv-12273 (GBD)(SN) | Lauren Peters, as the Personal Representative of the Estate of Louis N. Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani | NY | Louis N. Mariani |
| 15. | John Doe 39, being intended to designate the Personal Representative of the Estate of William A. Mathesen, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her | 1:18-cv-12273 (GBD)(SN) | Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen | SC | William A. Mathesen |

docs-100409741.1

| | | | | | |
|---|---|---|---|---|---|
| | appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen | | | | |
| 16. | John Doe 41, being intended to designate the Personal Representative of the Estate of Nurul Miah, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah | 1:18-cv-12273 (GBD)(SN) | Nur Miah and Rokshana Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah | NY | Nurul Miah |
| 17. | John Doe 43, being intended to designate the Personal Representative of the Estate of Peter A. Nelson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or | 1:18-cv-12273 (GBD)(SN) | Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson | FL | Peter A. Nelson |

| | | | | | |
|---|---|---|---|---|---|
| | her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson | | | | |
| 18. | John Doe 47, being intended to designate the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik | 1:18-cv-12274 (GBD)(SN) | John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik | FL | Laura Ragonese-Snik |
| 19. | John Doe 48, being intended to designate the Personal Representative of the Estate of John Rhodes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having | 1:18-cv-12274 (GBD)(SN) | Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes | NJ | John Rhodes |

| | | | | | |
|---|---|---|---|---|---|
| | been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes | | | | |
| 20. | John Doe 49, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard | 1:18-cv-12274 (GBD)(SN) | Vernon A. Richard II, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard | NC | Vernon A. Richard |
| 21. | John Doe 50, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard | 1:18-cv-12274 (GBD)(SN) | Vernessa Richard, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard | MD | Vernon A. Richard |
| 22. | John Doe 51, being intended to designate the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so | 1:18-cv-12274 (GBD)(SN) | Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez | GA | Marsha A. Rodriguez |

13

| | | | | | |
|---|---|---|---|---|---|
| | appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez | | | | |
| 23. | John Doe 52, being intended to designate the Personal Representative of the Estate of James Romito, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito | 1:18-cv-12274 (GBD)(SN) | Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito | NJ | James Romito |
| 24. | John Doe 53, being intended to designate the Personal Representative of the Estate of Edward Rowenhorst, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction | 1:18-cv-12274 (GBD)(SN) | Tracy Rowenhorst, as the Personal Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst | IA | Edward Rowenhorst |

14

| | | | | | |
|---|---|---|---|---|---|
| | (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst | | | | |
| 25. | John Doe 54, being intended to designate the Personal Representative of the Estate of Michael Russo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo | 1:18-cv-12274 (GBD)(SN) | Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo | NY | Michael Russo |
| 26. | John Doe 55, being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent | 1:18-cv-12274 (GBD)(SN) | Edison Salomon, as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon | FL | Nolbert Salomon |

| | | | | | |
|---|---|---|---|---|---|
| | jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon | | | | |
| 27. | John Doe 57, being intended to designate the Personal Representative of the Estate of Gregory Sikorsky, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | 1:18-cv-12274 (GBD)(SN) | Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | NY | Gregory Sikorsky |
| 28. | John Doe 58, being intended to designate the Personal Representative of the Estate of Arthur Simon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent | 1:18-cv-12274 (GBD)(SN) | Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon | NY | Arthur Simon |

16

| | | | | | |
|---|---|---|---|---|---|
| | jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon | | | | |
| 29. | John Doe 59, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon | 1:18-cv-12274 (GBD)(SN) | Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon | NJ | Kenneth Simon |
| 30. | John Doe 60, being intended to designate the Personal Representative of the Estate of Kenneth Simon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon | 1:18-cv-12274 (GBD)(SN) | Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon | NJ | Kenneth Simon |
| 31. | John Doe 61, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent | 1:18-cv-12274 (GBD)(SN) | Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, | NY | Arthur Simon |

17

| | | | | | |
|---|---|---|---|---|---|
| | of Kenneth Simon | | deceased, the late parent of Kenneth Simon | | |
| 32. | John Doe 62, being intended to designate the Personal Representative of the Estate of Timothy Stackpole, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole | 1:18-cv-12275 (GBD)(SN) | Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole | NY | Timothy Stackpole |
| 33. | John Doe 63, being intended to designate the Personal Representative of the Estate of Robert F. Wallace, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally | 1:18-cv-12275 (GBD)(SN) | Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace | NY | Robert F. Wallace |

| | | | | |
|---|---|---|---|---|
| | entitled beneficiaries and family members of Robert F. Wallace | | | | |
| 34. | John Doe 66 as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | 1:18-cv-12275 (GBD)(SN) | Nur Miah and Rokshana Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | NY | Nurul Miah |
| 35. | John Doe 32, being intended to designate the Personal Representative of the Estate of Charles G. John, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John | 1:18-cv-12272 (GBD)(SN) | Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. John, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John | NY | Charles G. John |
| 36 | Jane Doe 69, as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston | 1:18-cv-12272 (GBD)(SN) | Kelly Marchese as Personal Representative of the Estate of William J. Houston | NY | William J. Houston |
| 37. | Jane Doe 16, being intended to designate the Personal Representative of the Estate of Sandra N. Foster, deceased, said name being fictitious, | 1:18-cv-12272 (GBD)(SN) | Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all | DC | Sandra N. Foster |

| | | | | |
|---|---|---|---|---|
| | her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster | | survivors and all legally entitled beneficiaries and family members of Sandra N. Foster | | |
| 38. | Jane Doe 42, being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller | 1:18-cv-12273 (GBD)(SN) | Arlene Miller and Sheryl Miller Bechor, as the co-Personal Representatives of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller | FL | Philip D. Miller |
| 39. | Jane Doe 6, being intended to designate the Personal Representative of the Estate of Vivian Casalduc, deceased, said name being fictitious, | 1:18-cv-12270 (GBD)(SN) | Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, and on behalf of all | NY | Vivian Casalduc |

docs-100409741.1

| | | | | | |
|---|---|---|---|---|---|
| | her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | | survivors and all legally entitled beneficiaries and family members of Vivian Casalduc | | |
| 40. | Jane Doe 8, being intended to designate the Personal Representative of the Estate of Patricia A. Cody, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody | 1:18-cv-12270 (GBD)(SN) | Beth Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody | PA | Patricia A. Cody |

21